UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| STEVEN FERDMAN | NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i)) |
|---|---|
| Plaintiff, | |
| v. | Case No.: 5:18-cv-0355 (D) |
| EPICSTREAM, LLC | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven Ferdman, by and through his undersigned counsel, hereby gives notice that the parties in above-captioned action have come to an amicable resolution and the action is voluntarily dismissed, with prejudice, against Defendant Epicstream, LLC, each party to bear its own costs, expenses and attorney's fees.

Dated: Charlotte, NC
September 5, 2018

Respectfully Submitted,

/s/ Seth L Hudson
Seth L. Hudson
Clements Bernard Walker
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211 USA
Tel: 704.790.3600
Fax: 704.366.9744
shudson@worldpatents.com

/s/Joseph A. Dunne
Joseph A. Dunne
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JD@LiebowitzLawFirm.com

*Attorneys for Plaintiff Steven Ferdman*